# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RL VENTURES, LLC, a South Dakota LLC,<br><br>    Plaintiff,<br>v.<br><br>RICK SEBADE,<br><br>    Defendant.<br>_____<br><br>RICK SEBADE, BRENT SEBADE, AND EVAN ASHOFF,<br><br>    Counterclaimant and Intervenors,<br><br>v.<br><br>RL VENTURES, LLC AND DINKLAGE LAND & CATTLE COMPANY, INC.,<br><br>    Counterclaim Defendants.<br>_____<br><br>PIERCE COUNTY FEEDERS, LLC,<br><br>    Nominal Party. | CASE NO: 8:18-cv-00140-JFB-SMB<br><br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE** |

    This matter is before the Court on the parties' Joint Motion and Stipulation to Dismiss Without Prejudice. The Court having reviewed the Joint Motion and Stipulation to Dismiss Without Prejudice finds that it is proper and should be GRANTED.

    IT IS THEREFORE ORDERED, that this matter, including all claims, counterclaims and third-party complaints are dismissed without prejudice, each party to pay their own costs and attorneys' fees.

Dated this 8th day of June, 2018.

BY THE COURT:

    s/ Joseph F. Bataillon
Senior United States District Court Judge

Prepared and submitted by:

J. Daniel Weidner, #23738
John V. Matson, #25278
KOLEY JESSEN P.C., L.L.O.
One Pacific Place, Suite 800
1125 South 103rd Street
Omaha, NE 68124-1079
(402) 390 9500
(402) 390 9005 (facsimile)
Daniel.Weidner@koleyjessen.com
John.Matson@koleyjessen.com

Approved as to Form and Content:

David A. Domina, #11043
Christian T. Williams, #25002
DOMINA LAW GROUP PC LLO
2425 South 144th Street
Omaha, NE 68144
(402) 493-4100
ddomina@dominalaw.com
cwilliams@dominalaw.com